

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| GLORIA G. FLORES, | § | No. 08-20-00184-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th Judicial District Court |
| BANK OF AMERICA, N.A., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV0998) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect to the cost of appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF OCTOBER, 2023

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.